**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON JACKSON, | Case No.: 1:23-cv-00509 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| HEATHER SHIRLEY, et al., | (Doc. 45) |
| Defendants. | |

Aaron Jackson seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2026, the assigned magistrate judge issued findings and recommendations to grant Defendants' motion for summary judgment.  (Doc. 45.)  Plaintiff was advised that any objections were due within 30 days.  (*Id*. at 14.)  Plaintiff was also informed that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  The findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued February 19, 2026 (Doc. 45) are **ADOPTED** in full.

2. Defendants' motion for summary judgment (Doc. 40) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Defendants Shirley, Cronjager, and DeGough and to close this case.

IT IS SO ORDERED.

Dated:   **April 14, 2026**

UNITED STATES DISTRICT JUDGE

2